UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff/Applicant,

v.                                     Case No:   2:14-cv-487-FtM-38DNF

RONALD W. ST. CLAIR and
LAWRENCE E. SWAN,

       Defendants/Respondents.
_____/

## **FINAL JUDGMENT**[1]

      This matter is before the Court on the United States Securities and Exchange Commission's Application for an Order Compelling Defendants Ronald W. St. Clair and Lawrence E. Swan To Show Cause Why a Judgment Should Not Be Entered Against Them Pursuant To Section 21(e) of the Securities Exchange Act of 1934 (Doc. #1) filed on August 21, 2014.  Based on the parties' Stipulation to Enter Final Judgment (Doc. #15) filed on December 5, 2014, the Court finds that Defendants Lawrence Swan and Ronald St. Clair have consented to entry of a judgment against them.

      Accordingly, it is now

   **ORDERED:**

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) That judgment be entered in favor of the Plaintiff United States Securities and Exchange Commission and against Defendant Ronald St. Clair to pay disgorgement of $256,495.00, plus prejudgment interest of $52,307.17, and a penalty of $50,000.00.

(2) That judgment enter in favor of the Plaintiff and against Defendant Lawrence Swan to pay disgorgement of $256,495.00, plus prejudgment interest of $52,307.17, and a penalty of $50,000.00.

(3) The amounts awarded as disgorgement, penalty, and prejudgment interest shall be subject to post-judgment interest, pursuant to [§ 28 U.S.C. 1961](), from the date of this judgment until the date all money has been paid.

(4) The Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment; and all other orders and decrees which may have been or may be entered in this case, and to grant such relief as this Court may deem necessary and just.

(5) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any deadline and hearings, and close the case.

**DONE and ORDERED** in Fort Myers, Florida this 6th day of December, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record